UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62286-CIV-SMITH

GUILLERMO LEIVA,

    Plaintiff,
v.

FRANK J. BISIGNANO,[1]
Commissioner of Social
Security Administration,

    Defendant.
_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Report and Recommendation (the "Report") [DE 37] of the Honorable Alicia O. Valle, U.S. Magistrate Judge, on Plaintiff's Motion for Summary Judgment [DE 33] and Defendant's Motion for Summary Judgment [DE 34]. In her thorough and well-reasoned Report, Judge Valle recommends that the Plaintiff's Motion for Summary Judgment be denied, Defendant's Motion for Summary Judgment be granted, and the Administrative Law Judge's Decision be affirmed. No objections were filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which no specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v.*

---

[1] Frank J. Bisignano was appointed Commissioner of the Social Security Administration in May 2025. Consequently, pursuant to Federal Rule of Civil Procedure 25(d), Frank J. Bisignano is substituted for Martin J. O'Malley as Defendant in this case.

*WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court conducted a *de novo* review of Judge Valle's Report and agrees with Judge Valle's well-reasoned analysis and her recommendations. Accordingly, it is

**ORDERED** that:

1) The Report and Recommendation [DE 37] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Defendant's Motion for Summary Judgment [DE 34] is **GRANTED**.

3) Plaintiff's Motion for Summary Judgment [DE 33] is **DENIED**.

4) The Commissioner of the Social Security Administration's decision is **AFFIRMED**.

5) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 4th day of December, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record